UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN NEMEC,

        Plaintiff(s),                 No. C 12-0507 PJH

  v.                                   **ORDER OF DISMISSAL**

KAMALJIT SINGH ATWAL, et al.,

        Defendant(s).
_____/

    Plaintiff STEVEN MEMEC, having advised the court that the parties have reached a settlement and having requested a dismissal of this case without prejudice and there having been no answers or motions for summary judgment filed, the court hereby VACATES the Clerk's entry of default and DISMISSES this case without prejudice.

    IT IS SO ORDERED.

Dated: May 30, 2012

                                                  _____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge